AO91 (Rev. 8/01)   Criminal Complaint

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  TEXAS

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| V. | |
| Homero Arturo RAMOS-Lopez | Case Number: L-13-PO13199 |

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **November 18, 2012** in **Webb** County, in the **Southern** District of **Texas** **Homero Arturo RAMOS-Lopez** defendant(s), an alien, did unlawfully enter and attempt to enter the United States at a place other than designated by immigration officer

in violation of Title(s) **8** United States Code, Section(s) **1325(a)(1)**
I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: Based on statements of the accused and records of the U.S. Department of Homeland Security.

Furthermore, it is based on verbal statements by, Homero Arturo RAMOS-Lopez, who admitted to being a citizen of Mexico, who entered or attempted to enter illegally into the United States by wading the Rio Grande River near, Laredo, Texas, thus avoiding immigration inspection, nor having proper documents to enter, travel through, or remain in the United States. This illegal entry or attempted entry took place on November 18, 2012

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

/S/
Signature of Complainant

Ramiro Trevino
Printed Name of Complainant

Sworn to before me and signed in my presence,

September 25, 2013                                             at        Laredo, Texas
Date                                                                              City and State

J. Hacker, U.S. Magistrate Judge
Name and Title of Judicial Officer                                   Signature of Judicial Officer